UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**APPROVED.**

Tim A. Baker
U.S. Magistrate Judge
10/15/2012

| | |
|---|---|
| JONATHAN PRITCHARD, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| T.A.B.S, INC. d/b/a THE BOTTLE SHOPPE AND MTD INVESTMENTS, INC., | ) ) ) ) ) |
| Defendants. | ) |

Cause No. 1:11-CV-1028 TWP-TAB

## STIPULATION OF DISMISSAL

The Parties stipulate to the dismissal of this action with prejudice to Plaintiff's individual claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Costs to be taxed against the party incurring same.

Date: October 9, 2012.

Respectfully submitted,

*//S//* Eric G. Calhoun
Eric G. Calhoun
Bar No. 16225450
**TRAVIS & CALHOUN, P.C.**
1000 Providence Towers East
5001 Spring Valley
Dallas, Texas 75244
(972) 934-4100 - Telephone
(972) 934-4101 - Facsimile
email:eric@travislaw.com

*//s//* Ryan Frasher
Ryan Frasher, Esq.
**THE FRASHER LAW FIRM, P.C.**
155 E. Market Street, Ste. 450
Indianapolis, IN 46204
Attorneys for Plaintiff Jonathan Pritchard

        *//S//* John W. Mervilde
John W. Mervilde
**MEILS, THOMPSON, DIETZ, & BERISH, ATTORNEYS AT LAW**
Two Market Square Center
251 East Ohio Street, Suite 830,
Indianapolis, Indiana 46204
(317) 708-3376-Telephone
(317) 264-2573-Facsimile
email: rmeils@meilsattorney.com

Attorney for Defendant MTD Investments, Inc.

      //s// Thomas E. Rosta
Thomas E. Rosta
**METZGER ROSTA LLP**
32 South 9th Street
Noblesville, IN 46060
(317) 219-4606-Telephone

## CERTIFICATE OF SERVICE

      I hereby certify on this 9th day of October, 2012, that the below counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court. If said counsel of record has not registered for electronic notice, a copy will be served via first class U.S. mail and/or facsimile transmission.

    Tom Rosta
    tom@metzgerrosta.com

    Rick D. Meils
    Meils Thompson Dietz & Berish
    rmeils@meilsattorney.com

    John W. Mervilde
    Meils Thompson Dietz & Berish
    jmervilde@meilsattorney.com

        *s/ Ryan Frasher*
        Ryan Frasher